NICOLA DE NISI, Appellant, *v.* J. KRUGMAN CO., INC., et al., Respondents.

Argued November 14, 1939; decided November 28, 1939.

*Howard L. Kuttner* and *Philip M. Risik* for appellant.

*Arthur K. Wing, George S. Wing* and *John H. Brogan* for J. H. Krugman Co., Inc., respondent.

*Lyman A. Spalding* for T. G. R. Construction Corp., et al., respondents.

*H. H. Brown* and *E. C. Sherwood* for Nathan Dubin, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.